IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:11-CR-8-D

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| CHRISTOPHER JEROME JOHNSON, ) | |
| Defendant. ) | |

On March 25, 2015, Christopher Johnson ("Johnson") filed a letter claiming that his family had gathered sufficient funds to retain an attorney to represent Johnson. If true, the attorney should promptly file a notice of appearance.

SO ORDERED. This **26** day of March 2015.

JAMES C. DEVER III
Chief United States District Judge