UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA

No. 5:11-CR-008-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| CHRISTOPHER JEROME JOHNSON | ) |

**ORDER**
**GRANTING MOTION TO SEAL**

THIS MATTER is before the Court on defendant's motion to file his Sentencing Memorandum under seal.

FOR GOOD CAUSE SHOWN, defendant's motion is hereby GRANTED.

SO ORDERED, this the __9__ day of April, 2015.

_____
HON. JAMES C. DEVER, III
Chief Judge, U.S. DISTRICT JUDGE