# UNITED STATES DISTRICT COURT

for the

Eastern District of North Carolina

United States of America
v.
Christopher Jerome Johnson

Case No: 5:11-CR-8
USM No: 55162-056

Date of Original Judgment: 12/05/2012
Date of Previous Amended Judgment: 04/27/2015
*(Use Date of Last Amended Judgment if Any)*

Meaghan Riegel
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☑ DENIED. ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __________ months **is reduced to** __________ .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Defendant does not qualify for relief under Sections 2 and 3 of the Fair Sentencing Act of 2010. See [D.E. 307] 2. Even if he did, in light of his serious misconduct in prison and the Section 3553(a) factors, the court would not release him or shorten his sentence. Thus, the court DENIES defendant's motion for release [D.E. 300].

Except as otherwise provided, all provisions of the judgment dated 04/27/2015 shall remain in effect.

**IT IS SO ORDERED.**

Order Date: 9/15/26

J. Dever
*Judge's signature*

Effective Date: __________
*(if different from order date)*

James C. Dever III, U.S. District Court Judge
*Printed name and title*